FILED

NOV 15 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: DAVID ANTHONY STEBBINS. | No. 11-72595 |
| DAVID ANTHONY STEBBINS,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE,<br><br>Respondent,<br><br>GOOGLE, INC.,<br><br>Real Party in Interest. | D.C. No. 5:11-cv-03876-LHK<br>Northern District of California,<br>San Jose<br><br><br>ORDER |

Before: O'SCANNLAIN, LEAVY, and TROTT, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

The motion to proceed in forma pauperis is denied as moot.

AM/MOATT

No further filings shall be accepted in this closed case.

**DENIED.**